**UNITED STATES DISTRICT COURT**

**RECEIVED**

For the

OCT 31 2017

Northern District of Illinois

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Civil Division

CLINTON WASHINGTON
      Plaintiff, pro se

-v-

Judge Maritza Martinez
Matthew Kirsh
      Defendants

)
)
)
)
)
)
)
)
)
)
)

Case No. _____

1:17-cv-07857
Judge John Z. Lee
Magistrate Judge Jeffrey T. Gilbert

## COMPLAINT FOR VOILATION OF CONSTITUTIONAL RIGHTS

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C §§ 1343 and 1367.

3.  Plaintiff's full name is CLINTON L. WASHINGTON.

4.  Defendants are as follows:

    a.  First Defendant, Judge Maritza Martinez, is an official employed by, Richard J. Daley Center, Rm CL04, Cook County Circuit Court, Chicago, Illinois 60601.

    b.  Second Defendant, Matthew A. Kirsh is an officer of the court employed as a court appointed child representative for Cook County Circuit Court, Chicago, Illinois, his office is located at 211 W. Wacker Drive, Ste 1100, Chicago, Illinois 60606.

5.  The municipality, township or county under whose authority defendant officer or official acted is Cook County Circuit Court. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6.  On or about September 22, 2017, at approximately 9:30 a.m. plaintiff was present in the municipality of the Circuit Court, Domestic Relations Division, in the County of Cook, State of Illinois, at Richard J Daley Center, Rm CL04, Chicago, Illinois 60601, when defendant violated plaintiff's civil rights as follows:

    a.  Failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

    b.  Conspired together to violate one or more of plaintiff's civil rights;

    c.  Other: Defendant Matthew Kirsh extorted Plaintiff for money

7.  Plaintiff was not charged with one or more crimes, specifically:

8.  Plaintiff does not have any criminal proceedings, instead the Judge Martinez gave the Plaintiff a Contempt of Court charge and placed a body attach bondable by paying a $9,000 cash bond.

9.  Plaintiff further alleges as follows:

    Enforcement of the Court Order entered on September 29, 2017 and October 20, 2017 will imminently and irreparably harm Clinton Washington not only by depriving him of their fundamental rights to the freedom of speech, free exercise of right to counsel of his choice, and substantive due process, but also by subjecting him to imprisonment and thousands of dollars in fines in just a few short days. Not only would this loss of liberty be irreparable, so too would be Clinton Washington's loss of his closely-held business, a substantial source of his livelihood, which will quickly fold if he is unable to work or is subject to crippling fines.

10. Defendant acted knowingly, intentionally, willfully and maliciously.

11. As a result of defendant's conduct, plaintiff was injured as follows:

a.  Clinton Washington was extorted for money by Matthew Kirsh over the years since his appointment to the case in 2012.

b.  July 19, 2017 Clinton Washington's minor child was removed from her home as ordered by Cook County Circuit Judge Maritza Martinez.

c.  On September 29, 2017 Cook County Circuit Judge Maritza Martinez entered Court Order of Adjudication of Indirect Civil Contempt for Failure to Pay Child Rep Fee (Not Child Support, he owes no support) and/or Order of Commitment which included a Body Attachment with a $9,000.00 Cash Bond. Another Court Order entered on that date, Disposition Order/Order of Protection extended an original Order of Protection (entered September 21, 2017) out to November 1, 2017 to be heard on that date as well as extend no contact with minor for an additional 90 days.

12. Plaintiff asks that the case be tried by a jury.

13. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.  The enforcement of the Court Orders entered on September 29, 2017 and October 20, 2017 in Cook County Circuit Court by Judge Maritza Martinez will imminently and irreparably harm Clinton Washington Its enforcement will deprive him of both his liberty and his constitutional rights. Moreover, every day the Court Orders stay in effect as applied to Clinton Washington jail time and fines accrue. Within a few short days, he could be facing thousands of dollars in fines and time in jail if this Court does not act. Plaintiff therefore respectfully request that the Court issue a

temporary restraining order enjoining the enforcement of the Court Orders against him without delay.

B. That Matthew Kirsh be brought to justice for extorting monies from me and taking my minor child from her home. This Court order Matthew Kirsh to be removed from my case and refund ALL monies that I have paid him and,

C. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant.

D. Punitive damages against the individual defendant; and

E. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 43 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name:        CLINTON L WASHINGTON_____

Plaintiff's mailing address:  11 Little Bend Rd, Barrington, IL  60010

Plaintiff's telephone number: (847) 809-9446_____

Plaintiff's email address:  43claw.nl@gmail.com_____

14. Plaintiff has NOT previously filed a case in this district.